IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SALVADOR ASCENCIO, SANTOS DELGADO and PEDRO CLETO SALGADO, <br><br> Plaintiffs, <br><br> v. <br><br> BIG DOG DEMOLITION, INC. and G.E. ANDERSON, II, <br><br> Defendants. | Civil Action No. <br> 1:10-CV-1414-TWT |

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Salvador Ascencio recover (1) $3,713.50 against both Defendant Big Dog Demolition, Inc. and Defendant G.E. Anderson, II, (2) $2,143.11 against Defendant Big Dog Demolition, Inc., and (3) $4,125.96 against both Defendant Big Dog Demolition, Inc. and Defendant G.E. Anderson, II for his attorney's fees and costs (counsel of record: Law Office of Preston B. Davis, LLC, 4488 S. Springwood Dr. SW, Smyrna, GA 30082).

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that Plaintiff Santos Delgado recover (1) $3,021.26 against both Defendant Big Dog

Demolition, Inc. and Defendant G.E. Anderson, II, (2) $347.87 against Defendant Big Dog Demolition, Inc., and (3) $2,862.84 against both Defendant Big Dog Demolition, Inc. and Defendant G.E. Anderson, II for his attorney's fees and costs (counsel of record: Law Office of Preston B. Davis, LLC, 4488 S. Springwood Dr. SW, Smyrna, GA 30082).

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that Plaintiff Pedro Cleto Salgado recover (1) $1,435.50 against both Defendant Big Dog Demolition, Inc. and Defendant G.E. Anderson, II, (2) $173.25 against Defendant Big Dog Demolition, Inc., and (3) $2,952.84 against both Defendant Big Dog Demolition, Inc. and Defendant G.E. Anderson, II for his attorney's fees and costs (counsel of record: Law Office of Preston B. Davis, LLC, 4488 S. Springwood Dr. SW, Smyrna, GA 30082).

Dated at Atlanta, Georgia, this 18th day of October, 2010.

/s/Sheila T. Sewell
 Deputy Clerk
 James N. Hatten, Clerk